**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRISHA NADEAU, individually and on behalf of all others similarly situated, | Case No.: 4:26-cv-01454-ASK |
| *Plaintiff,* | |
| v. | **NOTICE OF FIRM NAME CHANGE AND EMAIL ADDRESS** |
| GOOGLE LLC, a Delaware limited liability company, | |
| *Defendant.* | |

PLEASE TAKE NOTICE that Freed Kanner London & Millen LLC has changed its name to Justice Jagher London & Millen LLC. As a result of the firm's name change, the email address for Matthew W. Ruan has changed. Mr. Ruan's email address is mruan@jjlmlaw.com. All remaining contact information remains the same.

DATED: April 28, 2026          Respectfully submitted,

*/s/ Matthew W. Ruan*
Matthew W. Ruan
JUSTICE JAGHER LONDON & MILLEN LLC
100 Tri State International, Ste. 128
Lincolnshire, IL 60069
Tel:  (224) 632-4500
Fax:  (224) 632-4521
mruan@jjlmlaw.com

*Counsel for Plaintiff Trisha Nadeau*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

*/s/ Matthew W. Ruan*
Matthew W. Ruan
