UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRISHA NADEAU, individually and on behalf of all others similarly situated,    ,

Plaintiff(s),

v.

GOOGLE LLC, a Delaware limited liability company,    ,

Defendant(s).

Case No. 3:26-cv-01454-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Laura E. Harris          , an active member in good standing of the bar of New York                    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Google LLC                in the above-entitled action. My local co-counsel in this case is Benjamin Softness          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 361435          .

1290 Avenue of the Americas, 14th Floor
New York, NY 10104
_____
MY ADDRESS OF RECORD

(212) 556-2100
_____
MY TELEPHONE # OF RECORD

lharris@kslaw.com
_____
MY EMAIL ADDRESS OF RECORD

50 California Street, Suite 3300
San Francisco, CA 94111
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 318-1200
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bsoftness@kslaw.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5033048          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2      times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2026

Laura E. Harris
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura E. Harris is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/27/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2